# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Hope Varela, | : |
| | : Civil Action No.:  2:15-cv-10205-PDB-EAS |
| Plaintiff, | : |
| v. | : |
| Credit Acceptance Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 20, 2015

                                                           Respectfully submitted,

                                                           By    /s/ Sergei Lemberg

                                                           Sergei Lemberg, Esq.
                                                           LEMBERG LAW, L.L.C.
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                           Telephone: (203) 653-2250
                                                           Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 20, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By  /s/ Sergei Lemberg
                  Sergei Lemberg, Esq.