IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Hope Varela, | : Civil Action No.:  2:15-cv-10205-PDB-EAS |
| Plaintiff, | |
| v. | |
| Credit Acceptance Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Hope Varela ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 26, 2015

Respectfully submitted,

By: /s/ *Sergei Lemberg*_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Hope Varela

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg
               Sergei Lemberg